UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
HAMILTON, JAMIE M § Case No. 10-73470
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Tom C. Smith, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $ _____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ _____ (see **Exhibit 2**), yielded net receipts of $ _____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on           . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____        By:/s/Tom C. Smith, Trustee_____
                                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| United States Bankruptcy Court |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOM C. SMITH, TRUSTEE | | | | | |
| TOM C. SMITH, TRUSTEE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ABC Distribution 2800 Lakeside Dr Deerfield, IL 60015 | | | | | |
| | ABC Financial PO Box 6800 North Little Rock, AR 72124 | | | | | |
| | American General Finance #5 Koger Ctr., Ste. 100 Norfolk,, VA 23502 | | | | | |
| | Barclays Bank Delaware CUstomer Care Correspondence PO Box 8801 Wilmington, DE 19899 | | | | | |
| | Cardiology Consultants PO Box 120651 Newport News, VA 23612 | | | | | |
| | Credit One Bank P.O. Box 98872 Las Vegas, NV 89193 | | | | | |
| | Emergenc Phys of Tidewater PO Box 7549 Portsmouth,, VA 23707 | | | | | |
| | First National Bank of Marin 585 Pilot Rd. Las Vegas, NV 89119 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Premier Bank Attn: Correspondence Dept. PO Box 5524 Sioux Falls, SD 57117-5524 | | | | | |
| | First Premier Bank PO Box 5524 Sioux Falls, SD 57117-5524 | | | | | |
| | Food Lion Check Recovery P.O. Box 1549 Salisbury,, NC 28145 | | | | | |
| | GEMB/Walmart P.O. Box 103106 ROSWELL, GA 30076 | | | | | |
| | Juniper Bank Card Services PO Box 8833 Wilmington, DE 19899 | | | | | |
| | Nationwide Insurance P.O. Box 96040 Charlotte 28296 | | | | | |
| | Orchard Bank HSBC Card Svs P.O. Box 80084 Salinas, CA 93912 | | | | | |
| | RBC Centura P.O. Box 6057 Rocky Mount, NC 27802 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | SCA/CHKD PO Box 910 Edenton, NC 27932 | | | | | |
| | Sentara Bayside Hospital P.O. Box 2200 Norfolk, VA 23501 | | | | | |
| | TRS Recovery Svs., Inc. 5251 Westheimer Houston, TX 77056 | | | | | |
| | Tribute/FBOFD 6 Concourse Pkwy Ne Fl 2 Atlanta, GA 30328 | | | | | |
| | Verizon Wireless Bankruptcy Administration P.O. Box 3397 Bloomington, IL 61702 | | | | | |
| 000001 | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| | UNITED STATES BANKRUPTCY COURT | | | | | |
| | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-73470 | SCS | Judge: STEPHEN C. ST.JOHN | | Trustee Name: | Tom C. Smith, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | HAMILTON, JAMIE M | | | | Date Filed (f) or Converted (c): | 07/26/10 (f) |
| | | | | | 341(a) Meeting Date: | 09/02/10 |
| For Period Ending: | 04/23/12 | | | | Claims Bar Date: | 05/17/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Gateway Bank ( Checking) | 125.00 | 125.00 | DA | 0.00 | FA |
| 2. Sofa(1), Bookcase(1), Bed(1), Dressing Table(1), C | 610.60 | 610.60 | DA | 0.00 | FA |
| 3. clothing for three people | 500.00 | 500.00 | DA | 0.00 | FA |
| 4. Rings(3), Necklace(1), Earrings(2) | 50.00 | 50.00 | DA | 0.00 | FA |
| 5. back child support | 2,500.00 | 2,500.00 | DA | 0.00 | FA |
| 6. Anticipated 2010 tax return prorated | 2,850.00 | 3,261.00 | | 3,261.00 | FA |
| 7. 2003 Nissan Maxima; joint with boyfriend 138.000 m | 3,900.00 | 3,900.00 | DA | 0.00 | FA |
| 8. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.22 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $10,535.60 | $10,946.60 | | $3,261.22 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

.

Initial Projected Date of Final Report (TFR): 10/31/11    Current Projected Date of Final Report (TFR): 10/31/11

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

Ver: 16.05d

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-73470 -SCS | Trustee Name: | Tom C. Smith, Trustee |
|---|---|---|---|
| Case Name: | HAMILTON, JAMIE M | Bank Name: | Bank of America, N.A |
| | | Account Number / CD #: | *******1743  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3697 | | |
| For Period Ending: | 04/23/12 | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/11/11 | 6 | Jaime Hamilton | NON EXEMPT TAX REFUND | 1124-000 | 3,261.00 | | 3,261.00 |
| 02/28/11 | 8 | Bank of America, N.A | Interest Rate  0.010 | 1270-000 | 0.01 | | 3,261.01 |
| 03/31/11 | 8 | Bank of America, N.A | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,261.04 |
| 04/29/11 | 8 | Bank of America, N.A | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,261.07 |
| 05/31/11 | 8 | Bank of America, N.A | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,261.10 |
| 06/30/11 | 8 | Bank of America, N.A | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,261.13 |
| 07/29/11 | 8 | Bank of America, N.A | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,261.16 |
| 08/31/11 | 8 | Bank of America, N.A | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,261.19 |
| 09/30/11 | 8 | Bank of America, N.A | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 3,261.22 |
| 09/30/11 | | Transfer to Acct #*******5587 | Final Posting Transfer | 9999-000 | | 3,261.22 | 0.00 |

| | COLUMN TOTALS | 3,261.22 | 3,261.22 | 0.00 |
|---|---|---|---|---|
| | Less:  Bank Transfers/CD's | 0.00 | 3,261.22 | |
| | Subtotal | 3,261.22 | 0.00 | |
| | Less:  Payments to Debtors | | 0.00 | |
| | Net | 3,261.22 | 0.00 | |

Page Subtotals    3,261.22    3,261.22

Ver: 16.05d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 10-73470 -SCS | Trustee Name: | Tom C. Smith, Trustee |
|---|---|---|---|
| Case Name: | HAMILTON, JAMIE M | Bank Name: | Bank of America, N.A |
| | | Account Number / CD #: | *******5587 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3697 | | |
| For Period Ending: | 04/23/12 | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/30/11 | | Transfer from Acct #*******1743 | Transfer In From MMA Account | 9999-000 | 3,261.22 | | 3,261.22 |
| 10/19/11 | 000101 | Tom C. Smith, Trustee<br>1600 Virginia Beach Blvd.<br>P.O. Box 1506<br>Virginia Beach, VA  23454 | Chapter 7 Compensation/Fees | 2100-000 | | 142.81 | 3,118.41 |
| 10/19/11 | 000102 | Tom C. Smith, Trustee<br>1600 Virginia Beach Blvd.<br>P.O. Box 1506<br>Virginia Beach, VA  23454 | Chapter 7 Expenses | 2200-000 | | 84.66 | 3,033.75 |
| 10/19/11 | 000103 | eCAST Settlement Corporation assignee of GE Money Bank/WAL-MART<br>POB 35480<br>Newark NJ 07193-5480 | Claim 000001, Payment 100.30% | | | 343.77 | 2,689.98 |
| | | | Claim         342.73 | 7100-000 | | | |
| | | | Interest          1.04 | 7990-000 | | | |
| * 10/19/11 | 000104 | JAMIE M HAMILTON<br>5244 PIRATA PLACE<br>VIRGINIA BEACH, VA  23462 | Surplus Funds | 8200-003 | | 2,689.98 | 0.00 |
| * 11/17/11 | 000104 | JAMIE M HAMILTON<br>5244 PIRATA PLACE<br>VIRGINIA BEACH, VA  23462 | Surplus Funds<br>Check was returned by debtor's attorney. They were unable to locate debtor. | 8200-003 | | -2,689.98 | 2,689.98 |
| 11/17/11 | 000105 | United States Bankruptcy Court | Unclaimed Funds<br>Jamie Hamilton<br>5244 Pirata Place<br>Virginia Beach, VA  23462 | 7100-000 | | 2,689.88 | 0.10 |
| 12/23/11 | 000106 | United States Bankruptcy Court | Surplus Funds owed to Debtor | 8200-002 | | 0.10 | 0.00 |

Page Subtotals        3,261.22        3,261.22

Ver: 16.05d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 10-73470 -SCS | | Trustee Name: | Tom C. Smith, Trustee |
| Case Name: | HAMILTON, JAMIE M | | Bank Name: | Bank of America, N.A |
| | | | Account Number / CD #: | *******5587 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3697 | | | |
| For Period Ending: | 04/23/12 | | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 3,261.22 | 3,261.22 | 0.00 |
| Less: Bank Transfers/CD's | 3,261.22 | 0.00 | |
| Subtotal | 0.00 | 3,261.22 | |
| Less: Payments to Debtors | | 0.10 | |
| Net | 0.00 | 3,261.12 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - ********1743) | 3,261.22 | 0.00 | 0.00 |
| Checking Account (Non-Interest Earn - ********5587) | 0.00 | 3,261.12 | 0.00 |
| | 3,261.22 | 3,261.12 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

Ver: 16.05d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*